# Court of Appeals
# of the State of Georgia

ATLANTA,___October 03, 2014_____

*The Court of Appeals hereby passes the following order:*

**A15A0213.  ROZELL BROWN v. THE STATE.**

Rozell Brown was convicted of child molestation, statutory rape, and enticing a child for indecent purposes. We affirmed his convictions.  See *Brown v. State*, 318 Ga. App. 334 (733 SE2d 863) (2012).   Brown then filed a motion to vacate a void judgment, arguing that venue was improper.  The trial court denied the motion, and Brown appeals.  We, however, lack jurisdiction.

A motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Brown is not authorized to collaterally attack his convictions in this manner, this appeal is subject to dismissal.  See id.; see also *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009) (overruling *Chester v. State*, 284 Ga. 162, 162-163 (2) (664 SE2d 220) (2008)); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010). Accordingly, Brown's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____ 10/03/2014 ____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*